UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DANIEL STEVEN BERTINI,

Defendant.

**ORDER**

23 Cr. 61 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this action previously scheduled for **May 3, 2023** is adjourned to **July 11, 2023, at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the United States of America, by and through Assistant United States Attorney Jonathan L. Bodansky, and with the consent of Daniel Steven Bertini, by and through his counsel, Kristoff I. Williams, it is hereby ORDERED that the time from May 3, 2023 through July 11, 2023 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because it will permit the defendant to review discovery, and the parties time to discuss a potential resolution of the case.

Dated: New York, New York
       May 3, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge