UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DANIEL STEVEN BERTINI,

Defendant.

**ORDER**

23 Cr. 61 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for July 11, 2023, is adjourned to **July 12, 2023, at 3:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        July 7, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge