UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DANIEL STEVEN BERTINI,

                Defendant.

**ORDER**

23 Cr. 61 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The briefing schedule for any pretrial motions is as follows: Defendant's moving papers will be filed by **August 25, 2023**. The Government's opposition papers will be filed by **September 8, 2023**. Defendant's reply papers will be filed by **September 15, 2023**.

Dated: New York, New York
       July 12, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge