UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DANIEL STEVEN BERTINI,

Defendant.

**ORDER**

23 Cr. 61 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will hold a conference in the above-captioned matter on **December 1, 2023, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        November 27, 2023

SO ORDERED.

*Paul Gardephe*

Paul G. Gardephe
United States District Judge