UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

DANIEL BERTINI,

           Defendant.

**ORDER**

23 Cr. 61 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    This case will proceed to trial on **April 1, 2024, at 9:30 a.m.**  The following schedule will apply to pre-trial submissions:

1. Motions in limine, proposed voir dire, and requests to charge are due by **March 1, 2024.**

2. Responsive papers are due by **March 8, 2024.**

Dated: New York, New York
       December 1, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge